```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

VICTOR ACEVEDO,

                         Plaintiff,                           22-CV-08180 (JMF)(SN)

            -against-                                **SETTLEMENT CONFERENCE ORDER**

EL BANDIDO RESTAURANT INC., et al.,

                         Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        A settlement conference is scheduled for Wednesday, December 14, 2022, at 10:00 a.m. in in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

        The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, December 7, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

Dated:         October 26, 2022
                 New York, New York