**KATZMELINGER**
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Eliseo Cabrera
Katz Melinger PLLC

> Application granted. The conference currently scheduled for January 24, 2023 is rescheduled to 11:30 a.m. on January 25, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          January 13, 2023

January 12, 2023

**VIA ECF**
Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

      **Re:**   *Victor Acevedo v. El Bandido Restaurant Inc. et al.*
              **Civil Action No. 22-cv-08180**

Your Honor:

    Our office represents the plaintiff, Victor Acevedo, in the above-captioned matter. We write with the consent of counsel for the defendants and pursuant to Your Honor's Individual Rules of Practice in Civil Cases to respectfully request an adjournment of the initial conference scheduled for January 24, 2023 at 10:00 a.m. This is Plaintiff's first request for an adjournment of the initial conference.

    On December 20, 2022, the Court issued an order scheduling the initial conference on January 24, 2023 at 10:00 a.m. The reason for this request is that the undersigned, who is lead counsel for Plaintiff in this matter, is scheduled to appear for a mediation in another matter at the same time as the scheduled initial conference in this action.

    Counsel for the parties have conferred and are available to appear for an initial conference on any of the following alternative dates: January 23rd (after 12:00 p.m.), 25th, 26th (after 11:00 a.m.) and the 27th. If the Court is unavailable at any of these dates and times, counsel propose a date on or after January 30th.

    We thank the Court for its consideration of this request.

                                                        Respectfully submitted,

                                                        Eliseo Cabrera

Cc:    All Counsel of Record (via ECF)