KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Eliseo Cabrera
Katz Melinger PLLC

> Application denied.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 33.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 24, 2023

March 2

**VIA ECF**
Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

    Re:    *Victor Acevedo v. El Bandido Restaurant Inc. et al.*
              **Civil Action No. 22-cv-08180**

Your Honor:

    We are attorneys for the plaintiff, Victor Acevedo, in the above-captioned matter. We write to respectfully request that the Court allow us to adjourn the mediation scheduled for March 30, 2023.

    As discussed before the Court, Plaintiff will now move for conditional certification of a collective action. In the interest of judicial efficiency and conserving the parties' resources, we respectfully request that the deadline for the parties to hold mediation be adjourned until after the Court rules on our anticipated motion to conditionally certify a collective. This is the first request to adjourn the mediation. Defendants also consent to Plaintiff's request to adjourn the mediation.

    We thank the Court for its consideration of this request.

                                                                      Respectfully submitted,

                                                                      *Eliseo Cabrera*
                                                                      Eliseo Cabrera

Cc:    All Counsel of Record (via ECF)