UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

VICTOR ACEVEDO, individually and on behalf of all others similarly situated,

                         Plaintiff,

-against-

EL BANDIDO RESTAURANT INC. a/k/a EL BANDIDO SPRING VALLEY a/k/a EL BANDIDO MIDDLETOWN; TONITUAH TELLO; and ANGELICA TELLO,

                         Defendants.
-----------------------------------------------------------------------X

CIVIL ACTION
NO. 7:22-cv-8180

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA, AND EXPEDITED DISCOVERY**

PLEASE TAKE NOTICE that on a date and time to be set by the Court, Plaintiff Victor Acevedo will move this Court, before the Honorable Philip M. Halpern, United States District Judge, at the United States District Court, Southern District of New York, for an Order granting conditional class certification, court-authorized notice pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), and expedited discovery, as well as such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff shall rely upon his Memorandum of Law in Support of Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to Expedited Discovery; the Declaration and accompanying exhibits.

---

Application denied without prejudice to renewal in accordance with the Court's Individual Practices Rule 2(C).

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 39.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
          May 23, 2023

Dated: New York, New York
      May 23, 2023

                              Respectfully submitted,

                              KATZ MELINGER PLLC

                              */s/ Eliseo Cabrera*
                              Eliseo Cabrera
                              370 Lexington Avenue, Suite 1512
                              New York, New York 10017
                              t: (212) 460-0047
                              f: (212) 428-6811
                              EDCabrera@katzmelinger.com
                              *Attorneys for Plaintiff*