August 8, 2023

**VIA PACER**
Hon. Philip M. Halpern
Hon. Charles L. Brieant, Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:    Victor Acevedo v. El Bandido, et al.
               Case No. 1:22-cv-8180
               Letter of Intent to Move to Be Relieved As Counsel and Requesting
               Adjournment of Conference on 8/10/23

Your Honor:

Michael J. Glidden and Anthony J. Bragaglia write jointly, in their personal capacities and not as members of the law firm that currently still represents all Defendants in this matter (The Wenderoff Law Group, PC), to request that this [Court adjourn the] conference currently scheduled for August 10[, 2023 and for Plaintiff] Johnathan Trinidad Lira, who consents to this re[quest, for an adjournment] of this pre-motion conference.

Briefly, both Mr. Glidden and Mr. B[ragaglia are currently] employees of Wilson Elser Moskowitz Edelma[n & Dicker, LLP. However,] and the Defendants have not agreed to a repres[entation agreement and therefore the Defendants] are still currently represented by The Wenderoff Law Group. However, upon Mr. Glidden's departure from The Wenderoff Law Group, PC on July 27, 2023, The Wenderoff Law Group made the decision to close its civil litigation division, focusing solely on New York Workers' Compensation cases. There are currently no attorneys practicing at The Wenderoff Law Group who practice civil litigation in New York. As such, upon the advice of Wilson Elser's general counsel, Mr. Glidden and Mr. Bragaglia will be moving this Court today, pursuant to Local Rule

---

> Application denied.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 51.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          August 8, 2023

1.4, in their personal capacities, to be relieved as counsel for the Defendants. It is our understanding that The Wenderoff Law Group will also be moving this Court for the same relief in the immediate future, as well.

However, we now write to kindly request that the Court adjourn the conference scheduled on August 10, 2023, so that the Defendants can obtain new counsel. We will also be requesting a thirty (30) day stay of the proceedings in our motion to be relieved so that the Defendants are not prejudiced.

We thank you for your consideration of this matter.

Respectfully Submitted:

Michael J. Glidden, Esq. (MG8451)
(914) 363-1607

Anthony J. Bragaglia, Esq. (AB3178)
(845) 596-5007