# KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Katherine Morales  
Katz Melinger PLLC

o: 212.460.0047  
f: 212.428.6811  
kymorales@katzmelinger.com

February 27, 2024

**VIA ECF**
Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:  *Victor Acevedo v. El Bandido Restaurant Inc. et al.*
     **Civil Action No. 22-cv-08180**

Dear Judge Reznik:

We are attorneys for the plaintiff, Victor Acevedo, in the above-captioned matter, and we write to respectfully request a stay of the deadline for the parties to file pre-motion letters for summary judgment, which is currently set for March 3, 2024 (Dkt. No. 84). Counsel for Defendants consents to this request.

On November 30, 2023, the Court extended the deadline to file pre-motion letters for summary judgment to 45 days following the parties' settlement conference, which took place on January 18, 2024 (Dkt. No. 85). As a result, the parties' pre-motion letters for summary judgment are currently due on March 3, 2024. As the Court is aware, the parties were unable to conclude their settlement negotiations at the January 18, 2024 settlement conference and are currently scheduled to attend a follow-up settlement conference before Your Honor on March 4, 2024 at 11:00 AM.

In an effort to conserve resources and avoid unnecessarily incurring fees and costs associated with motion practice, the parties respectfully request that the deadline for the filing of pre-motion letters regarding anticipated summary judgment motions be stayed pending the outcome of the settlement conference currently scheduled for March 4, 2024.

We thank the Court for its attention to this matter.

The parties' request is **GRANTED.**

The deadline for pre-motion letters is stayed pending the outcome of the settlement conference.

Respectfully submitted,
 */s/ Katherine Morales*
 Katherine Morales

SO ORDERED.
*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.    Dated: 2/27/24