UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTOR ACEVEDO, individually and on behalf of all others similarly situated,

                            Plaintiff,                  Civil Action No.
                                                          1:22-cv-08180

                    -against-

EL BANDIDO RESTAURANT INC. a/k/a EL BANDIDO
SPRING VALLEY a/k/a EL BANDIDO MIDDLETOWN,
TONITUAH TELLO, and ANGELICA TELLO,

                            Defendants.
------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** Plaintiff filed a Complaint against El Bandido Restaurant Inc. a/k/a El Bandido Spring Valley a/k/a El Bandido Middletown, Tonituah Tello, and Angelica Tello (collectively, "Defendants") asserting claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and the New York Labor Law ("NYLL");

**WHEREAS,** the Plaintiff and Defendants reached a settlement of this action and Plaintiff's claims through arms' length negotiations and have entered into a Settlement Agreement and Release, filed on the Court's docket (the "Agreement"), formally memorializing the parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a dispute over a provision or provisions of the FLSA; the NYLL; and/or time worked; and

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, and ordered by this Court, that this action be hereby dismissed and

discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as to El Bandido Restaurant Inc. a/k/a El Bandido Spring Valley a/k/a El Bandido Middletown, Tonituah Tello, and Angelica Tello. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York

Dated: April 9, 2024

Dated: April 9, 2024

_____
Katherine Morales, Esq.
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017
T: 212-460-0047
F: 212-428-6811
kymorales@katzmelinger.com
*Attorneys for Plaintiff*

_____
Eli Sarfaty, Esq.
Sarfaty & Associates, P.C.
80 NY-59 (Rte 59)
Monsey, New York 10952
T: 845-377-5845
F: 212-401-4720
eli@59law.com
*Attorneys for Defendants*

So Ordered: _____

Dated: 10-31-24

13